UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TWO BRANCH MARINA, INC., and MIDWEST AGENCY, L.L.C., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:07CV1017 CDP |
| WESTERN HERITAGE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the plaintiff's motion for continuance of the Rule 16 Conference [#7] is granted.

**IT IS FURTHER ORDERED** that the conference pursuant to Rule 16, Fed.R.Civ.P., is reset to **Friday, August 3, 2007 at 9:30 a.m. in my chambers.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2007.